144 So. 925

## Hobson RIVERS v. STATE.
### 2 Div. 505.

Court of Appeals of Alabama.
Nov. 8, 1932.

RICE, J.
Appeal dismissed.

144 So. 925

## Lawrence RIVERS v. STATE.
### 2 Div. 504.

Court of Appeals of Alabama.
Nov. 8, 1932.

SAMFORD, J.
Appeal dismissed.

144 So. 926

## Sam RIVERS, Jr., v. STATE.
### 2 Div. 506.

Court of Appeals of Alabama.
Nov. 8, 1932.

BRICKEN, P. J.
Appeal dismissed.

149 So. 926

## Fannie ROBINSON, alias Grant, v. STATE.
### 6 Div. 420.

Court of Appeals of Alabama.
May 16, 1933.

Rehearing Denied June 30, 1933.

L. D. Gray, of Jasper, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

146 So. 924

## Robert RODGERS v. STATE.
### 8 Div. 788.

Court of Appeals of Alabama.
March 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.

147 So. 925

## Bill ROLOPH, Jr., v. City of PHENIX CITY.
### 4 Div. 819.

Court of Appeals of Alabama.
March 30, 1933.

Frank M. De Graffenreid, of Seale, for appellant.

Roy L. Smith, of Phenix City, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

145 So. 924

## Ben ROMINE v. STATE.
### 8 Div. 631.

Court of Appeals of Alabama.
Jan. 31, 1933.

SAMFORD, J.
Appeal dismissed.